

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00276-CV

Martin M. **PARRA**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20505
Honorable Gloria Saldana, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:  July 16, 2014

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal the trial court's order compelling arbitration.  An order compelling arbitration, however, is not an appealable order.  *See In re Gulf Exploration, LLC*, 289 S.W.3d 836, 839-40 (Tex. 2009).  Accordingly, this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.  Although appellant timely responded to this court's order, appellant presents no legal reason this court has jurisdiction to consider his appeal.  Because the order appellant seeks to appeal is not a final judgment or an appealable order, this appeal is dismissed for lack of jurisdiction.  *See Bison Bldg. Materials, Ltd. v. Aldridge*, 422

S.W.3d 582, 585 (Tex. 2012) ("Unless specifically authorized by statute, Texas appellate courts only have jurisdiction to review final judgments."); *see also* TEX. CIV. PRAC. & REM. CODE § 171.098(a) (listing appealable judgments and orders in arbitration proceedings).

PER CURIAM